UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D GONZALVES, JR., <br><br> Plaintiff, <br><br> v. <br><br> RIVERSIDE SHERIFF'S SWAT TEAM 1 AND SWAT TEAM 2 et al., <br><br> Defendants. | Case No. 5:21-cv-01667-SB-E <br><br> FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this day, Plaintiff's claims are dismissed without prejudice.

    This is a final judgment.

Date: August 15, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1